# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

VERSUS

JOHN MAMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT AND
ST. TAMMANY PARISH

NO.   2023 CW 0640

**SEPTEMBER 11, 2023**

---

In Re:    Anthony Misita and Glenn and Linda Torres, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 201314638.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

  **WRIT GRANTED IN PART WITH ORDER; DENIED IN PART.**  The
portion of the trial court's March 14, 2023 order denying
plaintiffs' request to set their March 9, 2023 motion for
partial summary judgment for hearing is reversed.  The trial
date previously set was continued and trial has not been reset.
See La. Code Civ. P. arts. 966(B)(1) & (C)(1)(a).  This matter
is remanded to the trial court with instructions to set
plaintiffs', Anthony Misita and Glenn and Linda Torres', motion
for partial summary judgment, filed on March 9, 2023, for
hearing in accordance with La. Code Civ. P. art. 966.  In all
other respects, the writ is denied.

MRT
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT